Dismissed and Memorandum Opinion filed August 26, 2004









 

Dismissed and Memorandum Opinion filed August 26,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00438-CR

NO. 14-04-00439-CR

____________

 

LAWRENCE
ROYCHESTER BEARD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
56th District

Galveston
County, Texas

Trial Court Cause Nos. 94CR1215
& 95CR1758 

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notices of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered
and Memorandum Opinion filed August 26, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.

Do not publish C Tex.
R. App. P. 47.2(b).